IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES E. OLIPHANT                                      PLAINTIFF

v.                         No. 3:18-cv-33-DPM

FCA US LLC, formerly known as
Chrysler Group LLC                                DEFENDANT

## ORDER

In the circumstances, the lack of a joint report of discovery dispute is excused, and the motion to compel, № 22, is granted for good cause. Oliphant must make his initial disclosures by 9 November 2018 to get this case rolling.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2018