# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES E. OLIPHANT                                                    PLAINTIFF

v.                          No. 3:18-cv-33-DPM

FCA US LLC, formerly known as
Chrysler Group LLC                                                   DEFENDANT

## JUDGMENT

Oliphant's first amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2019